AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No.   1:22-cr-82-JMC |
| Christopher W. Ortiz | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                                                .

Date:    04/26/2022                                        /s/ Francesco Valentini
                                                                               *Attorney's signature*

                                                   Francesco Valentini (D.C. Bar No. 986769)
                                                                    *Printed name and bar number*

                                                      United States Attorney's Office (Detailee)
                                                                       601 D Street NW
                                                                   Washington, D.C.  20530
                                                                               *Address*

                                                         francesco.valentini@usdoj.gov
                                                                         *E-mail address*

                                                                      (202) 598-2337
                                                                      *Telephone number*

                                                                      (202) 305-2121
                                                                         *FAX number*