**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.  ) | No. 22-082 (JMC) |
| ) | |
| **CHRISTOPHER ORTIZ,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Assistant Federal Public Defender Maria Jacob on behalf of the defendant, Christopher Ortiz, in the above captioned matter.

        Respectfully submitted,

        A. J. KRAMER
        FEDERAL PUBLIC DEFENDER

          /s/
        _____
        Maria N. Jacob
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C.  20004
        (202) 208-7500
        Maria_Jacob@fd.org